**Richard C. POLLARD, Appellant,**

v.

**AUTOTOTE, LTD.**

No. 87–1691.

United States Court of Appeals, Third Circuit.

Argued April 14, 1988.

Decided July 18, 1988.

As Amended April 26, 1989.

Before HUTCHINSON, SCIRICA and ROSENN, Circuit Judges.

ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the opinion filed July 18, 1988, 852 F.2d 67, be amended as follows:

Page 70, footnote 2, line 8 which reads: "... expressly exempt from ERISA's coverage. *See* 29 U.S.C. § 1051(2)."

shall read: "... expressly exempt from ERISA's vesting requirements. *See* 29 U.S.C. § 1051(2)."